UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWPARK MALL LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CRGE NEWPARK MALL, LLC, et al.,<br><br>    Defendants. | Case No. 15-cv-00817-PJH   (MEJ)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 42 |

The Court is in receipt of the parties' joint discovery letter regarding Plaintiff's request for an order to compel production of documents. Dkt. No. 42. The Court notes several deficiencies in the parties' letter, including the failure to attest that they met and conferred in person as required under paragraph 2 of the undersigned's Discovery Standing Order (or a request for an alternative produce under paragraph 3), and the letter contains only an argument from Plaintiff with no response from Defendants. Accordingly, the request is DENIED WITHOUT PREJUDICE.

    **IT IS SO ORDERED.**

Dated: October 29, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge