1
2
3
4                            UNITED STATES DISTRICT COURT
5                          NORTHERN DISTRICT OF CALIFORNIA
6
7    NEWPARK MALL LLC,                          Case No.  15-cv-00817-PJH   (MEJ)
              Plaintiff,
8                                               **DISCOVERY ORDER**
           v.
9                                               Re: Dkt. Nos. 37, 42
     CRGE NEWPARK MALL, LLC, et al.,
10            Defendants.
11
12
13          On November 5, 2015, the Court held a telephonic discovery conference in this case

14   regarding Plaintiff Newpark Mall LLC's request for production of documents, served on

15   September 8, 2015.  *See* Dkt. Nos. 37, 42.  Michael Lane appeared on behalf of Plaintiff, and

16   Brent Randall Phillips appeared on behalf of Defendants CRGE Newpark Mall, LLC and

17   Boomtown Entertainment, LLC.  Discovery is set to close on November 27, 2015.  At the hearing,

18   Mr. Lane noted Defendants have failed to comply with their obligations under Federal Rule of

19   Civil Procedure 34 because they have yet to respond to Plaintiff's document requests, which has in

20   turn frustrated Plaintiff's attempt to schedule a Rule 30(b)(6) deposition before the November 27,

21   2015 discovery deadline.  *See* Dkt. No. 34.  At the same time, Mr. Phillips stated he is "at a loss"

22   because he has been unable to communicate with his clients as they are "out of business."  Mr.

23   Phillips stated he has done all he is able to do to obtain the documents from his clients, but he is

24   unable to provide any further information.  Mr. Phillips noted he has also filed a Motion to

25   Withdraw as Counsel of Record for Defendants, which is scheduled for hearing before the

26   presiding judge, the Honorable Phyllis J. Hamilton, on December 2, 2015.  *See* Dkt. 41.

27          Federal Rule of Civil Procedure 26 provides that a party may obtain discovery "regarding

28   any nonprivileged matter that is relevant to any party's claim or defense."  Fed. R. Civ. P.

United States District Court
Northern District of California

26(b)(1).  Any party served with a request for production of documents under Rule 34 "must respond in writing within thirty days after being served."  Fed. R. Civ. P. 34(b)(2)(A).  "It is well established that a failure to object to discovery requests within the time required constitutes a waiver of any objection."  *Richmark Corp. v. Timber Falling Consultants*, 959 F.2d 1468, 1473 (9th Cir. 1992).

As Defendants' failure to provide any responsive documents or objections is unjustified under Rule 34, the Court ORDERS Defendants to produce all responsive documents, without objections, by November 12, 2015.  If Defendants fail to respond, Plaintiff shall file a motion for terminating sanctions under Rule 37(b)(2)(A) before the presiding judge.

**IT IS SO ORDERED.**

Dated: November 5, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
Northern District of California

2